## SHAFER v. TOWN OF MADISONVILLE et al.
### No. 860.

Court of Appeal of Louisiana. First Circuit.
Dec. 8, 1931.

For original opinion, see 18 La. App. 146, 136 So. 774.

H. W. Robinson, of New Orleans, and B. & M. Purser, of Amite, for appellant.

Devaille H. Theard, of New Orleans, for appellee Susquehanna, Inc.

Morgan & Simmons, of Covington, for appellee Town of Madisonville.

### PER CURIAM.

The application for rehearing calls our attention to the fact that the judgment allows interest from the date of injury instead of from the date of judicial demand: It is therefore ordered that our former decree be amended by allowing interest from judicial demand, and as amended same is made final, and the application for rehearing is refused.